# IN THE SUPREME COURT OF THE STATE OF NEVADA

COLT WARREN BORSO,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 75161

---

COLT WARREN BORSO,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 75162 ✓

**FILED**

MAR 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from an order of the district court order dismissing appeals from the justice court. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Our review of these appeals reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-11204

cc: Hon. Leon Aberasturi, District Judge
Colt Warren Borso
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2